

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

_____

October 28, 2025

*VIA ECF*
Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl St., Room 1040
New York, NY 10007



Re:   *Makayla Hodge, et al. v. City of Mount Vernon, et al.* 25-cv-2736 (SDNY)

Dear Judge Clarke:

As the Court is aware, the undersigned and The Quinn Law Firm PLLC represent the City of Mount Vernon and all named Defendants in this matter.

We write jointly with Plaintiff to respectfully request an adjournment of the initial conference, previously scheduled for November 5, 2025, to a date after Defendants' pending motion to dismiss is decided.

The undersigned and counsel for Plaintiff, Spencer Shapiro of Horn Wright LLP, conferred today by telephone, and because the motion may either be fully dispositive or at least narrow the parties and/or issues that will proceed, we respectfully submit that it would be more productive to await disposition of the motion before commencing discovery. Should the Court deny this request, the parties are prepared to submit a joint letter on October 29, 2025, in accordance with the Notice of Initial Pretrial Conference (D.E. 10).

We thank the Court for its time and consideration of this request.

Respectfully submitted,

*Steven Bushnell*

Steven J. Bushnell, Esq.

CC: all counsel of record *via ECF*

Application GRANTED. The initial pretrial conference in this matter, previously scheduled for November 5, 2025, is ADJOURNED *sine die*. SO ORDERED.

Dated: October 29, 2025
      New York, New York

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge