THE QUINN LAW FIRM

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

**MEMO ENDORSED**

November 13, 2026

***VIA ECF***
Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl St., Room 1040
New York, NY 10007

Re: *Makayla Hodge, et al. v. City of Mount Vernon, et al.* 25-cv-2736 (SDNY)

Dear Judge Clarke:

The undersigned and The Quinn Law Firm PLLC represent the City of Mount Vernon and all named Defendants in this matter.

The parties write jointly with Plaintiffs to respectfully request a brief adjournment of their submission of the post fact discovery joint letter which is due today, November 13, 2026, to November 20, 2026. The reason for this request is that Plaintiffs' counsel is presently on trial in the Eastern District of New York (*Leonard Kellner v. County of Nassau, et al.* (21-cv-03990)) and is therefore unable to engage in the one-hour meet and confer requirement prior to submission of the letter. This is the first time the parties have requested an adjournment of this deadline. The parties are scheduled to appear before the Court on December 2, 2026. If granted, this adjournment will not affect any other scheduled deadlines or appearances.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

CC: all counsel of record *via ECF*

Marykate Quinn, Esq.

Application GRANTED. The parties are directed to file a post-fact discovery joint letter by **November 20, 2026**.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: November 13, 2026
White Plains, New York